IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **SILVERTON FINANCIAL SERVICES, INC.,** | ) | **Case No. 09-74623-jem** |
| | ) | |
| **Debtor.** | ) | |
| | ) | |

**JOINT MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION
AND THE CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING STIPULATIONS
REGARDING THE PRODUCTION OF DOCUMENTS
AND PRESERVATION OF PRIVILEGE**

The Federal Deposit Insurance Corporation (the "FDIC-R"), in its capacity as receiver for Silverton Bank, N.A. of Atlanta, Georgia, and Jeffery K. Kerr, as Chapter 7 Trustee for the Debtor (the "Trustee," together with the FDIC-R, the "Movants") hereby file this Motion (the "Motion") for an Order pursuant to 11 U.S.C. §105 of title 11 of the United States Code (the "Bankruptcy Code"), Approving Stipulations Regarding the Production of Documents and Preservation of Privilege (the "Stipulations") between the Trustee and the FDIC-R. In support thereof, the Movants state as follows:

**BACKGROUND**

1. On June 5, 2009 ("Petition Date"), Silverton Financial Services, Inc. ("Debtor" or "SFSI") filed a voluntary petition seeking relief under Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Case") in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division ("Bankruptcy Court");

2. On June 8, 2009, Jeffrey K. Kerr was named as Chapter 7 Trustee for the bankruptcy estate of the Debtor.

3. On May 1, 2009, the Office of Comptroller of Currency ("OCC") closed Silverton Bank, N.A., Atlanta, Georgia ("Silverton Bank") and appointed the FDIC-R as Receiver of Silverton Bank.

4. SFSI is the parent company of Silverton Bank.

5. Justin S. Perry, Esquire performed in-house legal services as General Counsel for both SFSI and Silverton Bank ("the Justin Perry Representation") since approximately July 2005.

6. The Justin Perry Representation gave rise to a separate and independent attorney-client relationship between SFSI and Justin Perry on the one hand, and Silverton Bank and Justin Perry on the other hand, and in connection therewith, SFSI and Silverton Bank each separately and independently also acquired the rights to assert and maintain the exemption from disclosure of their respective attorney-client communications with and certain work product of Justin Perry.

7. The Justin Perry Representation has resulted in certain hard copy and/or electronic documents in the possession, custody, or control of Justin Perry, which are subject to an attorney-client privilege and/or work product exemption from disclosure that belongs to both SFSI and Silverton Bank, herein referred to as "Joint Privileged Material".

8. The Justin Perry Representation has resulted in certain hard copy and/or electronic documents in the possession, custody, or control of Justin Perry that are not subject to any attorney-client privilege or the work product exemption from disclosure under applicable law, herein referred to as "Non-Privileged Material," and other hard copy and/or electronic documents that are subject to an attorney-client privilege or work product exemption of one of the Parties but not both of the Parties, herein referred to as "SFSI Privileged Material" and "Silverton Privileged Material".

9. The Justin Perry Representation also has resulted in knowledge, information, and/or mental impressions that are subject to an attorney-client privilege and/or work product exemption from disclosure that belongs to both SFSI and Silverton Bank, herein referred to as "Joint Privileged Information".

2

10. By reason of the respective appointments referred to above, the Trustee succeeded to all rights of SFSI with respect to the Joint Privileged Material, Non-Privileged Material, SFSI Privileged Material, and Joint Privileged Information, and the FDIC-R succeeded to all rights of Silverton Bank with respect to the Joint Privileged Material, Non-Privileged Material, Silverton Privileged Material, and Joint Privileged Information.

11. The Trustee has also requested from FDIC-R or its designees certain information concerning SFSI, Silverton Bank and/or SFSI's subsidiaries relating to, but not limited to, the investigation of the financial affairs of the Debtor and preparation of tax returns for the Debtor and its subsidiaries, which may include Silverton Bank, and in the future may seek additional information from FDIC-R or its designees.

12. FDIC-R may request certain information related to SFSI or Silverton Bank from the Trustee pursuant to the exercise of its responsibilities as Receiver for Silverton Bank.

13. The Movants do not intend to waive privilege in connection with any information accessed, exchanged, or potentially produced, but recognize that it would be both time consuming and unduly burdensome to review each document and all electronically stored information ("ESI") individually prior to access, exchange, or potential production.

## JURISDICTION

14. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.

15. This is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

## LEGAL AUTHORITY

16. Section 105(a) of the Bankruptcy Code authorizes this Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of this title." 11 U.S.C. §105(a).

## RELIEF REQUESTED

17. The Movants seek entry of an order approving the Stipulations (attached as Exhibits A and B).

18. The Trustee and FDIC-R are desirous of entering into the Stipulations regarding the protection of privileges applicable to information accessed, exchanged, or potentially produced between the parties.

19. The Trustee and the FDIC-R each has its separate and independent interest in preserving the confidentiality of the Joint Privileged Materials and Joint Privileged Information to the fullest extent provided by applicable law.

20. The Movants acknowledge and agree that the other, as the separate and independent holder and owner of the Joint Privileged Materials and Joint Privileged Information, may determine to use the Joint Privileged Materials and/or Joint Privileged Information in the course of its business and affairs, even though such use may destroy the confidentiality of the Joint Privileged Materials and/or Joint Privileged Information, and that no claims, liability, or cause of action by one Party against the other may arise merely by such use or disclosure.

21. The Stipulations should be approved because the Stipulations are in the best interest of the estate and all parties in interest.

4

## NOTICE

22.     A copy of the Motion has been provided to the U.S. Trustee and all other persons who have requested notice pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested, the Movants submit that no other and further notice need be provided.

## CONCLUSION

WHEREFORE, the Movants respectfully request that the Court enter an order, substantially in the form attached hereto as Exhibit "C", granting the relief requested herein and such other and further relief as it deems just and proper.

Dated:   October  22, 2009.

/s/ Paul G. Durdaller_____
Paul G. Durdaller (Ga. Bar No. 234890)
John R. Richard (Ga. Bar. No. 603989)
Valerie Richmond (Ga. Bar No. 142188)
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Phone: (770) 434-6868
Pdurdaller@talorenglish.com

Counsel for the Federal Deposition Insurance Corporation, in its capacity as Receiver of Silverton Bank, N.A. of Atlanta, Georgia

AND

/s/ Eric W. Anderson_____
Eric W. Anderson, Esq. (Ga. Bar No. 016810)
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Tower Two
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
eanderson@phrd.com

Counsel for the Chapter 7 Trustee of the Bankruptcy Estate of Silverton Financial Services, Inc.

5

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 22, 2009, true and correct copies of the **JOINT MOTION OF THE FEDERAL DEPOSIT INSURANCE CORPORATION AND THE CHAPTER 7 TRUSTEE FOR AN ORDER APPROVING STIPULATIONS REGARDING THE PRODUCTION OF DOCUMENTS AND PRESERVATION OF PRIVILEGE** was served by first class mail, postage prepaid, upon the parties on the service list attached hereto.

Silverton Financial Services, Inc.
3284 Northside Parkway
Atlanta, GA 30327

Wendy L. Hangenau, Esq.
Bryan Cave Powell Goldstein LLP
One Atlantic Center - 14th Floor
1201 West Peachtree Street, NE
Atlanta, GA 30309-3488

Jeffrey K. Kerr
Chapter 7 Trustee for Silverton
Financial Services, Inc.
241 W Wieuca Rd NE Ste 130
Atlanta, GA 30342-3300

Eric W. Anderson, Esq.
1500 Marquis Tower Two
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303

Paul G. Jennings, Esq.
Bass, Berry & Sims PLC
315 Deaderick Street
Suite 2700
Nashville, TN 37238-3001

Pinnacle National Bank
211 Commerce Street
Nashville, TN 37201

ServisFirst Bank
3300 Cahaba Road
Suite 300
Birmingham, AL 35223

Monica Z. Anderton
3263 Broadfield Court
Duluth, GA 30097

Joseph E. Bagwell
998 Cherbrooke Lane
Marietta, GA 30064

Stephen Benson
832 Morningcreek Drive, NW
Kennesaw, GA 30152

Thomas A. Bryan
5601 Cross Gate Drive
Atlanta, GA 30327

Brian D. Bueche
1271 Cobblemill Way
Kennesaw, GA 30152

Patrick Derpinghaus
111 Marquette Avenue South
Apt. 2901
Minneapolis, MN 55401

Kellie Endres
2934 Gavin Place
Duluth, GA 30096

Brock E. Fredette
952 Kinghorn Drive
Kennesaw, GA 30152

Nathan Gittner
310 Landfall Road
Atlanta, GA 30328

6

Earl C. Howell
3220 Andrews Drive
Atlanta, GA 30305

Allan B. Jones
70 Old Mountain Place
Powers Springs, GA 30127

David Jones
2088 Valiant Drive, NE
Atlanta, GA 30345

LaSalle Bank, National Association
135 South LaSalle Street
Suite 1511
Chicago, IL 60603
Attn: CDO Trust Services Group

Thomas Neal
1008 Kinghorn Court
Kennssaw, GA 30152-6972

Edward A. Peters
410 Barnesley lane
Alpharetta, GA 30022

Brett Rawls
1670 Fernstone Drive
Acworth, GA 30101

Kathleen H. Rethelford
1962 Lois Pointe SE
Smyrna, GA 30080

Arthur Sharbel
2004 Timber Cove
Birmingham, AL 35216

Augustus P. Trahan
5368 Winsor Green Court
Mableton, GA 30126

Ronald M. Turbayne
3270 Ridgewood Road
Atlanta, GA 30327

Jon Wright
5480 Wellington Close
Atlanta, GA 30327

Wells Fargo Bank, National Association
919 North Market Street
Suite 1600
Wilmington , DE 19890
Attn: Corporate Trust Division

Wilmington Trust Company
Rodney Square North
1100 North Market Street
Wilmington, DE 19890

Charles Winborne
934 Nottingham Drive
Charlotte, NC 28211

Mr. Dennis Blackburn
Corporate Concepts International, Inc.
Suite 103
1521 Green Oak Place
Kingwood, TX 77339

Alex C. Kliros, Esq.
Greenfield, Bost & Kliros, P.C.
990 Hammond Drive
Building One, Suite 650
Atlanta, GA 30328

Todd C. Meyers, Esq.
Sameer K. Kapoor, Esq.
Kilpatrick Stockton LLP
Suite 2800
1100 Peachtree Street, NE
Atlanta, GA 30309-4530

John R. Ferrelle, Esq.
777 Gloucester Street
Suite 411
Brunswick, GA 31520

Barney B. Regen, Esq.  
Creekside Center, Unit C-1  
465 Henslee Drive  
Dickson, TN 37055-2166  

H. Flynn Griffin, III, Esq.  
Anderson & Associates, P.A.  
Post Office Box 76  
Columbia, SC 29202  

Betty M. Shumener, Esq.  
Henry H. Oh, Esq.  
DLA Piper LLP  
550 South Hope Street  
Suite 2300  
Los Angeles, CA 90071  

Kristina M. Johnson, Esq.  
Watkins Ludlam Winder & Stennis, P.A.  
190 East Capitol Street  
Suite 800 (39201)  
Jackson, Mississippi 39205-0427  

J. Michael Lamberth  
Lamberth, Cifelli, Stkes, Ellis & Nason  
East Tower – Suite 550  
3343 Peachtree Road, NE  
Atlanta, GA 30326  

Albert F. Nasuti  
Thompson, O'Brien, Kemp & Nasuti  
Suite 300  
40 Technology Pkwy.  
Norcross, GA 30092  

Robert P. Reynolds  
Reynolds, Reynolds & Duncan, LLC  
P.O. Box 2863  
Tuscaloosa, AL 35403  

Todd M. Baiad  
Bouhan William & Levy, LLP  
P.O. Box 2139  
Savannah, GA 31402  

Warren R. Herndon  
Woodward, Cothran, & Herndon  
440 Knox Abbott Dr.  
Suite 200  
Cayce, SC 29033  

Honeywell Aerospace  
1944 E. Sky Harbor Circle  
Phoenix, Arizona 85034  
Attn: MSP Dept. 2102-229/21-40  

Honeywell International, Inc.  
23500 West 105th Street  
Olathe, Kansas 66061  

Honeywell International, Inc.  
21111 N. 19th Avenue  
Phoenix, Arizona 85027  

R. Jeneane Treace, Esq.  
United States Department of Justice  
Office of the United States Trustee  
75 Spring Street  
Atlanta, Georgia 30303  

/s/ Paul G. Durdaller  
Paul G. Durdaller (Ga. Bar No. 234890)  
TAYLOR ENGLISH DUMA LLP  
1600 Parkwood Circle, Suite 400  
Atlanta, Georgia 30339  
Phone: (770) 434-6868  
Pdurdaller@talorenglish.com  

Counsel for the Federal Deposition Insurance Corporation, in its capacity as Receiver of Silverton Bank, N.A. of Atlanta, Georgia  

8