**IT IS ORDERED as set forth below:**

Date: December 22, 2009

_____
**James E. Massey**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| **SILVERTON FINANCIAL SERVICES, INC.,** | ) | **Case No. 09-74623-jem** |
| | ) | |
| **Debtor.** | ) | |
| _____ | ) | |

**ORDER APPROVING STIPULATION BETWEEN THE FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER AND THE CHAPTER 7 TRUSTEE OF THE DEBTOR REGARDING ESTABLISHMENT OF AN ESCROW ACCOUNT**

Upon the motion dated November 25, 2009, of the Federal Deposit Insurance Corporation, in its capacity as receiver of Silverton Bank, N.A. of Atlanta, Georgia (the "FDIC-R") and Jeffery K. Kerr as Chapter 7 Trustee for the Debtor (the "Trustee") for an Order, pursuant to §§105, 363, 541(a) and 704(a) of the Bankruptcy Code, approving the stipulation between the Federal Deposit Insurance Corporation as Receiver with the Chapter 7 Trustee for the bankruptcy estate of Silverton Financial Services, Inc. (the "Debtor") regarding the establishment of an escrow account (the "Motion")[**Docket No. 143**], which stipulation is attached as Exhibit A to the Motion (the "Stipulation"); and the Court having jurisdiction to consider the Motion and the relief requested

1384893_1

therein pursuant to 28 U.S.C. §§157 and 1334; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no timely objections have been filed to the Motion, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its creditors and all parties in interest; and after due deliberation and sufficient cause appearing thereof, it is hereby:

ORDERED that the Motion is GRANTED. It is

FURTHER ORDERED that the Stipulation is approved. It is

FURTHER ORDERED that the FDIC-R and the Trustee shall immediately, upon receipt of Escrow Funds (as defined in the Stipulation), deposit the Escrow Funds in the Escrow Account (as defined in the Stipulation). It is

FURTHER ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and or enforcement of this Order and the Stipulation.

IT IS SO ORDERED, at Atlanta, Georgia.

***END OF ORDER***

*[signatures of counsel on next page]*

PREPARED AND PRESENTED BY:

**TAYLOR ENGLISH DUMA LLP**


 */s/ Valerie Richmond (by EWA with permission)*
Paul G. Durdaller (Ga. Bar No. 234890)
John R. Richard (Ga. Bar. No. 603989)
Valerie Richmond (Ga. Bar No. 142188)
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Phone: (770) 434-6868
Fax: (770) 434-7376
Pdurdaller@taylorenglish.com

Counsel for the Federal Deposition Insurance Corporation,
in its capacity as Receiver of Silverton Bank, N.A. of Atlanta, Georgia

    *-- and --*

**PARKER, HUDSON, RAINER & DOBBS LLP**


 */s/ Eric W. Anderson*
Eric W. Anderson (Ga. Bar. No. 016810)
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Phone:  (404) 420-4331
Fax:  (404) 522-8409
eanderson@phrd.com

Counsel to the Chapter 7 Trustee
for Silverton Financial Services, Inc.

1384893_1

- 3 -

## **DISTRIBUTION LIST**

Eric W. Anderson
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303


Jeffery K. Kerr
241 W. Wieuca Road NE
Suite 130
Atlanta, GA 30342-3300


Paul G. Durdaller
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339