**IT IS ORDERED as set forth below:**

Date: December 22, 2009

_____
**James E. Massey
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| SILVERTON FINANCIAL SERVICES, INC., | ) | Case No. 09-74623-jem |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER APPROVING STIPULATION BETWEEN THE FEDERAL DEPOSIT
INSURANCE CORPORATION AS RECEIVER AND THE CHAPTER 7 TRUSTEE OF
THE DEBTOR REGARDING ESTABLISHMENT OF AN ESCROW ACCOUNT**

Upon the motion dated November 25, 2009, of the Federal Deposit Insurance Corporation, in its capacity as receiver of Silverton Bank, N.A. of Atlanta, Georgia (the "FDIC-R") and Jeffery K. Kerr as Chapter 7 Trustee for the Debtor (the "Trustee") for an Order, pursuant to §§105, 363, 541(a) and 704(a) of the Bankruptcy Code, approving the stipulation between the Federal Deposit Insurance Corporation as Receiver with the Chapter 7 Trustee for the bankruptcy estate of Silverton Financial Services, Inc. (the "Debtor") regarding the establishment of an escrow account (the "Motion")[**Docket No. 143**], which stipulation is attached as Exhibit A to the Motion (the "Stipulation"); and the Court having jurisdiction to consider the Motion and the relief requested

1384893_1

therein pursuant to 28 U.S.C. §§157 and 1334; and due and proper notice of the Motion having been provided to the parties listed therein, and it appearing that no timely objections have been filed to the Motion, and it appearing that no other or further notice need be provided; and the Court having determined that the relief sought in the Motion is in the best interest of the Debtor, its creditors and all parties in interest; and after due deliberation and sufficient cause appearing thereof, it is hereby:

ORDERED that the Motion is GRANTED.  It is

FURTHER ORDERED that the Stipulation is approved. It is

FURTHER ORDERED that the FDIC-R and the Trustee shall immediately, upon receipt of Escrow Funds (as defined in the Stipulation), deposit the Escrow Funds in the Escrow Account (as defined in the Stipulation).  It is

FURTHER ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and or enforcement of this Order and the Stipulation.

IT IS SO ORDERED, at Atlanta, Georgia.

***END OF ORDER***

*[signatures of counsel on next page]*

PREPARED AND PRESENTED BY:

**TAYLOR ENGLISH DUMA LLP**

 /s/ Valerie Richmond (by EWA with permission)
Paul G. Durdaller (Ga. Bar No. 234890)
John R. Richard (Ga. Bar. No. 603989)
Valerie Richmond (Ga. Bar No. 142188)
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339
Phone: (770) 434-6868
Fax: (770) 434-7376
Pdurdaller@taylorenglish.com

Counsel for the Federal Deposition Insurance Corporation,
in its capacity as Receiver of Silverton Bank, N.A. of Atlanta, Georgia

   -- *and* --

**PARKER, HUDSON, RAINER & DOBBS LLP**

 /s/ Eric W. Anderson
Eric W. Anderson (Ga. Bar. No. 016810)
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303
Phone:  (404) 420-4331
Fax:  (404) 522-8409
eanderson@phrd.com

Counsel to the Chapter 7 Trustee
for Silverton Financial Services, Inc.

**DISTRIBUTION LIST**

Eric W. Anderson
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Avenue, N.E.
Atlanta, Georgia 30303


Jeffery K. Kerr
241 W. Wieuca Road NE
Suite 130
Atlanta, GA 30342-3300


Paul G. Durdaller
TAYLOR ENGLISH DUMA, LLP
1600 Parkwood Circle, Suite 400
Atlanta, Georgia  30339

1384893_1

- 4 -

# CERTIFICATE OF NOTICE

```
District/off: 113E-9              User: smithme              Page 1 of 1              Date Rcvd: Dec 23, 2009
Case: 09-74623                    Form ID: pdf424            Total Noticed: 7
```

The following entities were noticed by first class mail on Dec 25, 2009.
```
db           +Silverton Financial Services, Inc.,   3284 Northside Parkway,   Atlanta, GA 30327-2280
aty          +Eric W. Anderson,   Parker, Hudson, Rainer & Dobbs, LLP,   1500 Marquis Two Tower,
               285 Peachtree Center Avenue, NE,   Atlanta, GA 30303-1229
aty          +Jack C. Basham, Jr.,   Parker, Hudson, Rainer & Dobbs LLP,   1500 Marquis Two Tower,
               285 Peachtree Center Avenue,   Atlanta, GA 30303-1229
aty          +Paul G Durdaller,   Taylor English Duma LLP,   Suite 400,   1600 Parkwood Circle,
               Atlanta, GA 30339-2119
aty           Wendy L. Hagenau,   Bryan Cave Powell Goldstein LLP,   One Atlantic Center - 14th Floor,
               1201 West Peachtree Street, NW,   Atlanta, GA  30309-3488
tr            Jeffrey K. Kerr,   Jeffrey K. Kerr & Company, LLC,   Suite 130,   241 West Wieuca Road, NE,
               Atlanta, GA  30342-3300
ust          +Office of the US Trustee,   Suite 362,   75 Spring Street, SW,   Atlanta, GA 30303-3330
```

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 25, 2009**                    **Signature:**   _Joseph Speetjens_