UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| SILVERTON FINANCIAL SERVICES, ) | Chapter 7 |
| INC. ) | |
| ) | Case No. 09-74623-jem |
| Debtor. ) | |
| ) | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Jeffrey K. Kerr, Chapter 7 Trustee (the "Trustee"), has filed the OBJECTION TO CLAIM NO. 99 OF JON WRIGHT (the "Objection"), seeking entry of an Order expunging and disallowing certain disputed claims.

PLEASE TAKE FURTHER NOTICE that the Court shall hold a hearing on the Objection on **March 13, 2012, at 10:00 a.m.**, at Courtroom 1202, U.S. Courthouse, 75 Spring Street, SW, Atlanta, Georgia 30303.

**YOUR RIGHTS MAY BE AFFECTED BY THE COURT'S RULING ON THESE PLEADINGS. YOU SHOULD READ THE ATTACHED PLEADINGS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE IN THIS BANKRUPTCY CASE (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE).** If you do not want the Court to grant the relief requested, or if you want the Court to consider your views on the matter, then you or your attorney must attend the hearing. If you or your attorney do not attend the hearing, the Court may decide that you do not oppose the relief sought and may enter an order granting that relief.

You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk no later than two business days before the hearing. The address for the Clerk's Office is Clerk, U.S. Bankruptcy Court, Suite 1340, 75 Spring Street, Atlanta, Georgia 30303. You must also mail a copy of your response to the undersigned at the address stated below.

Dated: February 9, 2012.

**PARKER, HUDSON, RAINER & DOBBS LLP**
Counsel for Jeffrey K. Kerr, Chapter 7 Trustee

By: */s/ Tyronia M. Smith*
Eric W. Anderson
Georgia Bar No. 016810
eanderson@phrd.com
Tyronia M. Smith
Georgia Bar No. 141320
tmsmith@phrd.com

285 Peachtree Center Avenue, NE
Suite 1500
Atlanta, Georgia 30303
Telephone No.: (404) 523-5300
Facsimile No.: (404) 522-8409

- 2 -

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| SILVERTON FINANCIAL SERVICES, ) | Chapter 7 |
| INC. ) | |
| ) | Case No. 09-74623-jem |
| Debtor. ) | |
| ) | |

### OBJECTION TO CLAIM NO. 99 OF JON WRIGHT

Pursuant to Section 502 of the Bankruptcy Code and Rule 3007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Jeffrey K. Kerr, Chapter 7 Trustee (the "Trustee") for the Debtor Silverton Financial Services, Inc. ("Debtor"), by and through his undersigned counsel, files this objection (the "Objection") to Proof of Claim No. 99 (the "Claim") filed by the Jon Wright (the "Claimant") and requests that the Court enter an Order reclassifying the Claim as a general unsecured, non-priority claim, a form of which proposed Order is attached hereto as Exhibit A. In support of this Objection, the Trustee shows the Court as follows:

### Jurisdiction and Venue

1. This Court has jurisdiction over this Objection pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The statutory predicates for the relief requested in this Objection are Section 502 of the Bankruptcy Code and Bankruptcy Rule 3007.

## Background

### A. Bankruptcy Proceedings

3. On June 5, 2009 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code and its schedules of assets and liabilities and statement of financial affairs (such schedules and statement are collectively referred to as the "Schedules").

4. The Trustee was duly appointed to serve as the trustee for Debtor.

5. On July 31, 2009, the Clerk of Court for the United States Bankruptcy Court in the Northern District of Georgia issued a Notice Setting Deadline for Filing Proof of Claim [Doc. No. 70] (the "Bar Date Notice") establishing November 3, 2009, as the final date for filing non-government proofs of claim against Debtor. The final date to file government proofs of claim against Debtor was 180 days after the Petition Date, or December 2, 2009.

6. The Bar Date Notice was mailed to, among others, all known creditors listed on the Schedules and all parties who had filed requests for notices under Bankruptcy Rule 2002.

7. To date, 126 proofs of claim have been filed in this Chapter 7 case.

### B. The Claimant's Pre-Petition Claim

8. On November 3, 2009, the Claimant filed a proof of claim against Debtor, designated on the claims registry maintained by the Court as Claim No. 99, asserting a priority claim in the amount of $1,052,625.90 (together with any addendum thereto, the "Claim"). The Claim was based upon two annual payments allegedly due in 2009 and 2010 as provided in 2005 Long Term Incentive Plan (the "Plan") between the Claimant and Debtor.

9. Under the terms of the Plan, the Claimant was entitled to receive three annual payments in 2008, 2009, and 2010 based upon the Claimant's service to Debtor between January 1, 2005, and December 31, 2007.

-2-

**Relief Requested**

10. The Trustee seeks entry of an Order, substantially in the form of the Order attached hereto as Exhibit A (the "Objection Order"), reclassifying the Claim in its entirety to a general unsecured, non-priority claim.

**Objection to the Claim**

11. Under the Bankruptcy Code, priority treatment may be afforded to those claims that were earned within 180 days prior to the Petition Date. See 11 U.S.C. § 507(a)(4) ("The following expenses and claims have priority unsecured claims, but only to the extent of $10,950, for each individual or corporation, as the case may be, earned within 180 days before the date of the filing of the petition.").

12. It does not appear from the information available on the Claims Registry, or otherwise available to the Trustee, that any of the Disputed Claims filed by the Employees were earned within the 180-day period immediately preceding the filing of the bankruptcy petition even though there may have been a right to payment within that 180-day period. In fact, the Claim was earned prior to December 31, 2007, almost eighteen months before the Petition Date.

13. The Trustee believes that the Claim should be modified by reclassifying such claim as a general unsecured, non-priority claim. Any failure to modify the Claim as set forth herein will result in the Claimant receiving an unwarranted recovery against Debtor's estate to the detriment of Debtor's other creditors.

**Reservation of Rights**

14. The Trustee reserves the right to object to the Claim on additional or different grounds at a later date, and the Trustee does not waive and hereby reserves all of its objections, rights, remedies, claims and defenses in respect of the Amended Claim.

WHEREFORE, the Trustee respectfully requests that the Court enter the order substantially in the form attached hereto as Exhibit A.

Respectfully submitted, this 9th day of February 2012.

        **PARKER, HUDSON, RAINER & DOBBS LLP**
        Counsel for Jeffrey K. Kerr, Chapter 7 Trustee
        for Silverton Financial Services, Inc.

        By:   */s/ Tyronia M. Smith*
             Eric W. Anderson
             Georgia Bar No. 016810
             eanderson@phrd.com
             Tyronia M. Smith
             Georgia Bar No. 141320
             tmsmith@phrd.com

        1500 Marquis Two Tower
        285 Peachtree Center Avenue NE
        Atlanta, Georgia 30303
        Telephone No.: (404) 523-5300
        Telecopier No.: (404) 522-8409

# EXHIBIT A

Proposed Order

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: | ) |
| | ) |
| SILVERTON FINANCIAL SERVICES, INC. | ) Chapter 7 |
| | ) |
| | ) Case No. 09-74623-jem |
| Debtor. | ) |
| | ) |

### ORDER SUSTAINING OBJECTION TO CLAIM NO. 99 OF JON WRIGHT

Upon consideration of the Objection[1] of Debtor, by which Debtor requested the entry of an order pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, expunging and disallowing the Claim filed by the Claimant; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that the Claim No. 99 (as at any time amended) filed by Jon Wright shall be modified in its entirety by reclassifying it as a general unsecured, non-priority claim in the amount of $1,052,625.90 ; and it is further

ORDERED that the Clerk of Court for the United States Bankruptcy Court for the Northern District of Georgia is authorized to amend the Claims Registry to comport with the entry of this Order; and it is further

ORDERED that the Trustee may amend, modify or supplement the Objection, and file additional objections to any claims filed in this bankruptcy case, including, without limitation, to the claim that is the subject of the Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

**END OF DOCUMENT**

Prepared and presented by:

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: _/s/ Tyronia M. Smith_
    Eric W. Anderson
    Georgia Bar No. 016810
    eanderson@phrd.com
    Tyronia M. Smith
    Georgia Bar No. 141320
    tmsmith@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, Georgia 30303
Telephone No.: (404) 523-5300
Telecopier No.: (404) 522-8409

Counsel for Jeffrey K. Kerr, Chapter 7 Trustee
for Silverton Financial Services, Inc.

## DISTRIBUTION LIST

Tyronia M. Smith, Esq.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Ave. NE
Atlanta, Georgia 30303

Jon Wright
c/o J. Michael Lamberth
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, NE, Suite 550
Atlanta, Georgia 30326

## CERTIFICATE OF SERVICE

I hereby certify that I have on this day served a true copy of the within and foregoing **OBJECTION TO CLAIM NO. 99 OF JON WRIGHT** by U.S. mail, proper postage prepaid, addressed to the following parties:

> Jon Wright
> c/o J. Michael Lamberth
> Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
> 3343 Peachtree Road, NE, Suite 550
> Atlanta, Georgia 30326

> E. Penn Nicholson
> Bryan Cave Powell Goldstein
> One Atlantic Center - 14th Floor
> 1201 W. Peachtree Street, NW
> Atlanta, GA 30309-3488

This 9th day of February 2012.

Parker Hudson Rainer & Dobbs LLP

By: */s/ Tyronia M. Smith*
Tyronia M. Smith