

**IT IS ORDERED as set forth below:**

**Date:  April 6, 2012**

_James E. Massey_

James E. Massey
U.S. Bankruptcy Court Judge

---

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **SILVERTON FINANCIAL SERVICES, INC.** | ) | **Chapter 7** |
| | ) | |
| | ) | **Case No. 09-74623-jem** |
| **Debtor.** | ) | |
| | ) | |

## ORDER SUSTAINING OBJECTION TO CLAIM NO. 99 OF JON WRIGHT

Upon consideration of the Objection[1] of Debtor, by which Debtor requested the entry of an order pursuant to Section 502(b) of the Bankruptcy Code and Bankruptcy Rule 3007, expunging and disallowing the Claim filed by the Claimant; and it appearing that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and due and adequate notice of the Objection having been given under the circumstances; and sufficient cause appearing thereof; it is hereby

---

[1] Unless otherwise defined herein, all capitalized terms shall have the meanings ascribed to such terms in the Objection.

ORDERED that the Objection is sustained; and it is further

ORDERED that the Claim No. 99 (as at any time amended) filed by Jon Wright shall be modified in its entirety by reclassifying it as a general unsecured, non-priority claim in the amount of $1,052,625.90; and it is further

ORDERED that the Clerk of Court for the United States Bankruptcy Court for the Northern District of Georgia is authorized to amend the Claims Registry to comport with the entry of this Order; and it is further

ORDERED that the Trustee may amend, modify or supplement the Objection, and file additional objections to any claims filed in this bankruptcy case, including, without limitation, to the claim that is the subject of the Objection; and it is further

ORDERED that this Court shall retain jurisdiction over all affected parties with respect to any matters, claims or rights arising from or related to the implementation and interpretation of this Order.

**END OF DOCUMENT**

- 2 -

2325054_1

Prepared and presented by:

**PARKER, HUDSON, RAINER & DOBBS LLP**


By:  _/s/ Tyronia M. Smith_
    Eric W. Anderson
    Georgia Bar No.  016810
    eanderson@phrd.com
    Tyronia M. Smith
    Georgia Bar No. 141320
    tmsmith@phrd.com

1500 Marquis Two Tower
285 Peachtree Center Avenue NE
Atlanta, Georgia 30303
Telephone No.: (404) 523-5300
Telecopier No.: (404) 522-8409

Counsel for Jeffrey K. Kerr, Chapter 7 Trustee
for Silverton Financial Services, Inc.


## DISTRIBUTION LIST

Tyronia M. Smith, Esq.
Parker, Hudson, Rainer & Dobbs LLP
1500 Marquis Two Tower
285 Peachtree Center Ave. NE
Atlanta, Georgia 30303

Jon Wright
c/o J. Michael Lamberth
Lamberth, Cifelli, Stokes, Ellis & Nason, P.A.
3343 Peachtree Road, NE, Suite 550
Atlanta, Georgia 30326

2325054_1